**No. 49323.**—Protest 69829–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J. The evidence established that the pencil sharpeners are composed wholly or in chief value of lead, not plated, similar to those involved in Abstract 48152, the record in which case was incorporated herein. In accordance therewith the pencil sharpeners in question were held dutiable as claimed.

BEFORE THE THIRD DIVISION, APRIL 5, 1944

**No. 49324.**—Protests 949797–G, etc., of Alpha Importing Co. et al. (San Francisco).

Opinion by EKWALL, J. On rehearing the case was submitted without additional evidence. The court therefore adhered to its original decision sustaining the importer's claim as to this item, in accordance with stipulation of counsel and following *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253).

**No. 49325.**—Protests 874386–G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

BEFORE THE SECOND DIVISION, APRIL 13, 1944

**No. 49326.**—Protests 38363–K, etc., of Aster Flower Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49327.**—Protests 69238–K, etc., of Sprouse Reitz Co., Inc., et al. (Portland, Oreg., etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.